# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JASON JONES AND STEPHANIE
JONES, INDIVIDUALLY AND
O/B/O CALEB JONES

NO. 2021 CW 0342

VERSUS

STATE OF LOUISIANA, THROUGH
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL

**MAY 24, 2021**

---

In Re:    State of Louisiana, through the Department of
          Transportation and Development (DOTD), applying for
          supervisory writs, 18th Judicial District Court,
          Parish of West Baton Rouge, No. 43264.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

  **WRIT GRANTED WITH ORDER.** The district court's February 26,
2021 ruling denying the motion for summary judgment filed by
Defendant, State of Louisiana through the Department of
Transportation and Development, is vacated. The parties each
raised timely objections to evidence submitted in support of and
opposition to the motion for summary judgment. However, the
district court failed to rule on the admissibility of such
evidence. La. Code Civ. P. art. 966(D)(2) provides that the
court shall specifically state on the record or in writing which
documents, if any, it held to be inadmissible or declined to
consider. This matter is remanded to the district court for
compliance with La. Code Civ. P. art. 966(D)(2) and a ruling on
the motion for summary judgment filed by the defendant after
determination of any evidentiary issues pursuant to La. Code
Civ. P. art. 966(C)(4).

                         **MRT**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT